JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TRAYVON WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO, Warden,<br><br>　　　　　Respondent. | Case No. CV 18-2455 AB (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 4, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE